■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON RODRIGUEZ, Appellant. [733 NYS2d 906] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 22, 1998 (*People v Rodriguez,* 251 AD2d 603), affirming a judgment of the Supreme Court, Queens County, rendered July 25, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, S. Miller and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA ROMAN, Appellant. [735 NYS2d 391] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Leavitt, J.), rendered October 19, 1998, convicting her of assault in the first degree (two counts) and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that she was denied the effective assistance of counsel is without merit (*see, People v Benevento,* 91 NY2d 708; *People v Flores,* 84 NY2d 184; *People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137; *People v Wicker,* 229 AD2d 602).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. O'Brien, J. P., Florio, Schmidt and Townes, JJ., concur.